

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-13-01125-CV

Yigal Bosch, Appellant

v.

Harris County, Harris County Department of Education, Port of Houston Authority of Harris County, Harris County Flood Control District, Harris County Hospital District, City of Houston, Houston Independent School District, Houston Community College System, and Greater Sharpstown Management District, Appellees

Appealed from the 165th District Court of Harris County. (Tr. Ct. No. 2012-48002). Memorandum Opinion delivered by Justice Brown. Justices McCally and Wise also participating.

**TO THE 165TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on February 26, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellees, signed December 12, 2013, was heard on the transcript of the record. The record shows that appellant Yigal Bosch did not have authority to appeal on behalf of Y.B. & S.J. Enterprises and does not have standing to appeal on his own behalf. We therefore order the appeal **DISMISSED**.

We order appellant, Yigal Bosch, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 08, 2015.

**CHRISTOPHER A. PRINE, CLERK**